UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | |
| ) | 26 U.S.C. §7203 |
| RAYMOND E. SCOTT ) | (Failure to File) |
| ) | 05CR 10275 |

INFORMATION

COUNT ONE

The United States Attorney charges:

That during the calendar year 1999, the defendant

RAYMOND E. SCOTT

who was a resident of Massachusetts, had and received gross income in excess of $7,050, to wit: approximately $411,081; that by reason of such gross income, he was required by law, following the close of calendar year 1999, and on or before April 17, 2000, to make an income tax return to the Director, Internal Revenue Service Center, at Andover, Massachusetts, in the District of Massachusetts, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203

COUNT TWO

The United States Attorney further charges:

That during the calendar year 2000, the defendant

RAYMOND E. SCOTT

who was a resident of Massachusetts, had and received gross income in excess of $7,200.00, to wit: approximately $1,064,567.00; that by reason of such gross income, he was required by law, following the close of calendar year 2000, and on or before April 16, 2001, to make an income tax return to the Director, Internal Revenue Service Center, at Andover, Massachusetts, in the District of Massachusetts, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

MICHAEL J. SULLIVAN
United States Attorney

By: ALLISON D. BURROUGHS
THEODORE B. HEINRICH
Assistant U.S. Attorneys

JS 45 (5/97) - (Revised USAO MA 8/29/05)

05 CR 10275

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts  **Category No.** III  **Investigating Agency** IRS/FBI

**City** Various  **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

FILED IN CLERKS OFFICE
2005 OCT -7 P 2:
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Defendant Information:**

Defendant Name  Raymond E. Scott  Juvenile ☐ Yes  ☒ No

Alias Name _____

Address  35 West Church Street, Saddle River, NJ

Birth date (Year only): _____  SSN (last 4 #):  0979  Sex  M  Race: _____  Nationality: _____

**Defense Counsel if known:**  J. Bruce Maffeo, Esquire  **Address:** 233 Broadway, Suite 2701, New York, New York 10279

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Allison D. Burrough/Theodore B. Heinrich  Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☒ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☒ Misdemeanor  2  ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/7/05  Signature of AUSA: _____

℅JS 45  (5/97) - (Revised USAO MA 8/29/05)  Page 2 of 2 or Reverse      5CR 10275

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Raymond E. Scott _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. §7203 | Failure to File | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**