UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA,               )
                                        )
     v.                                 )
                                        )
                                        )
RAYMOND E. SCOTT                        )    CRIMINAL NO. 05-CR-10275-MBB
                                        )
          Defendant.                    )
_____)

## JOINT STATUS REPORT
## CONCERNING LOCAL RULE 116.5(C)

The parties file this status report in connection with the status conference of the above-captioned matter scheduled for December 16, 2005:

1. At this time, the United States does not seek relief from the otherwise applicable timing requirements imposed by L.R. 116.3. The United States is in the process of copying voice recordings disclosed pursuant to automatic disclosure. The recordings will be supplied to the defendant when that process is completed.

2. The United States is not aware of any request by the defendant for discovery concerning expert witnesses under Fed. Crim. P. 16(a)(1)(E). The United States has no present intention of calling any expert witnesses in its case in chief. The United States will promptly inform the defendant if its intentions change in this regard.

3. The United States does not anticipate providing additional information related to a witness' criminal record. The United States does not anticipate providing additional discovery as a result of the receipt of information, documents, reports of examinations or tests, except with respect to the voice recordings referenced in paragraph 1 above. Also, to the extent witnesses provide additional documents during the course of trial preparation, any additional documents provided to counsel for the United States will be shared with opposing counsel promptly.

4. The United States does not request a motion date to be set under Fed. R. Crim. P. 12(c), and is unaware of that the defendant seeks such a date.

5. For purposes of the Speedy Trial Act, the United States understands that the requests the court exclude in the interests of justice the period of time between October 28, 2005 (the initial appearance) and November 25, 2005 (twenty-eight

days from arraignment) and from December 16, 2005 (the date of the initial status) through the date of the next status conference in this matter.

6. It is too early to determine whether plea negotiations will resolve this case. Should this matter proceed to trial, the government anticipates that it would need three trial days to present its case in chief.

7. Should defendant believe an interim status conference is appropriate, with a final status conference to be scheduled later, the United States will assent to the defendant's request, so long as the time period between conferences is excluded under the Speedy Trial Act.

| | |
|---|---|
| RAYMOND E. SCOTT | MICHAEL J. SULLIVAN |
| | United States Attorney |
| **/s/ Leonard Sands** | |
| Leonard Sands, Esq. | **/s/ Jack W. Pirozzolo** |
| 3225 Aviation Ave. | Jack W. Pirozzolo |
| Coconut Grove, FL 33133 | Assistant U.S. Attorney |
| 305-285-1500 | U.S. Attorney's Office |
| | U.S. Courthouse, Suite 9200 |
| | 1 Courthouse Way |
| | Boston, MA 02210 |

Date: December 16, 2005

## CERTIFICATE OF SERVICE

      I, Jack W. Pirozzolo, hereby certify that on December 16, 2005, I served a copy of the foregoing via electronic filing on counsel for the defendant.

                                             **/s/Jack W. Pirozzolo**
                                             Jack W. Pirozzolo