UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Cr. No. 05-CR-10275-RWZ |
| RAYMOND SCOTT ) | |
| Defendant. ) | |

## GOVERNMENT'S WITNESS LIST

1. Paul Crowley,
   IRS, Witness Coordinator,
   Methuen, MA.

2. Steven Iavaroni
   Hauppaug, NY.

3. Lance Mackey
   Chase Mortgage Corp.
   Framingham, MA.

4. David Mays
   North Bay Village, FL.

5. Pansy McClean
   Union, NJ.

6. Brian Moloney
   Countrywide Home Loans
   15 Braintree Hill Office Park
   Braintree, MA.

7. George Moore
   East Setauket, NY.

8. Melvin Schnoll
   New York, NY.

9. Kelli Skeen
   Newark, NJ.

10. Leslie Sufrin, CPA
    Weiser LLP
    New York, NY.

11. Charles Tropiano, CPA
    Weiser LLP
    New York, NY.

12. Paul White,
    IRS, Revenue Agent
    Boston, MA.

13. Hugh Edward Young
    Bloomfield, NJ.

14. Keepers of the Records (if necessary) for:

    a. JPMorganChase
    b. American Express
    c. Washington Mutual
    d. Chase Home Finance
    e. Source Enterprises.

                Respectfully submitted,
                UNITED STATES OF AMERICA

                By its attorneys,
                MICHAEL J. SULLIVAN
                United States Attorney

By:  **/s/ Jack W. Pirozzolo**
      Jack W. Pirozzolo
      Kristina Barclay
      Assistant U.S. Attorneys
      United States Courthouse, Suite 9200
      1 Courthouse Way
      Boston, MA  02210
Dated: February 13, 2007      (617) 748-3261

## **CERTIFICATE OF SERVICE**

  I, Jack W. Pirozzolo, hereby certify that on February 13, 2007 I served a copy of the foregoing by electronic filing on counsel for the defendant.

               **/s/ Jack W. Pirozzolo**
               Jack W. Pirozzolo