# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**United States of America,**

        Plaintiff,

v.                      Case No.  05-CR-10275-RWZ

**RAYMOND E. SCOTT,**

        Defendant**.**
_____/

## DEFENDANT SCOTT's
## SUGGESTED *VOIR DIRE* QUESTIONS

Defendant **RAYMOND E. SCOTT,** by his attorneys**,** respectfully submits the attached proposed *voir dire* questions which the court is requested to include in its examination of the *venire* called in this case**.**

Leave is also respectfully requested to include such other additional questions as may become appropriate during the course of the examination of the panel.

Dated: February 7, 2007
       Miami, Florida

                                    Respectfully submitted,

                                    **LEONARD A. SANDS,** Esquire
                                    (Fla. Bar No.: 0257583)
                                    leonardsands@att.net
                                    **SANDS & MOSKOWITZ, P.A**
                                    3225 Aviation Avenue - Suite 300
                                    Coconut Grove, Florida  33133
                                    Tel.(305)285-1500/Fax:(305)285-0699
                                    Attorneys for Defendant
                                          **RAYMOND E. SCOTT**

                                    **/s/ Leonard A. Sands**
                                    _____
                                    **LEONARD A. SANDS**, Esquire

**UNITED STATES OF AMERICA** v. **RAYMOND E. SCOTT**
**Case No. 05-CR-10275-MBB**

**INDEX TO PROPOSED *VOIR DIRE* QUESTIONS**

I. Biographical Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II. Military Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

III. Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

IV. Leisure Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

V. Prior Jury Experience . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

VI. Relationship with Law Enforcement Personnel . . . . . . . . . . 10

VII. Tax Related Questions . . . . . . . . . . . . . . . . . . . . . . . . . 12

VIII. Familiarity with Defendant, His Music, The Source Magazine, and Hip-Hop and Rap Music and Culture . . . . . . . 13

IX. General Trial Questions . . . . . . . . . . . . . . . . . . . . . . . . 14

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . 17

**UNITED STATES OF AMERICA v. RAYMOND E. SCOTT**
**Case No. 05-CR-10275-MBB**

## I.     BIOGRAPHICAL DATA

1. Where do you live and how long have you lived there?

2. Where else have you lived? Please give the state, city or town, and, number of years at each residence.

3. Where were you born? Is that where you grow up? If not, where did you grow up?

4. What type of area was it? Was it a rural area, a city, a small town, or, suburban?

5. What is the extent of your education? Where did you go to school?

6. Do you have any trade, technical or vocational training?

7. What is your marital status? Do you have any children?

    If married what does your spouse do? What is the extent of your spouse's education?

    What are the ages of your children?
    And, if employed what do your children do?
    If any go to college, what college?

8. Have you ever been involved in a divorce? If divorced, did you ask for and were you given custody of your children?

9. Have you ever been separated?

UNITED STATES OF AMERICA v. RAYMOND E. SCOTT
Case No. 05-CR-10275-MBB

10. What is your occupation?  How are you currently employed?

11. Where else have you been previously employed?  How long were you employed there and what was the nature of your work there?

12. Do you supervise other people on your job?  How many?

13. Besides your current job, have you ever had any supervisory or managerial type job?

14. Are you or your spouse members of any trade union, professional organization, or, other work related organizations?

15. If retired, how long have you been retired?

    What was your prior occupation(s)?
    What was your most recent position and your duties?
    How long were you employed?

16. Are you a member of any social, professional, community, fraternal, religious, or, political organizations?

    Have you ever been a member of such an organization, or, supporter of such an organization?

17. Do you attend a church or synagogue?  How frequently?

18. Do you drink alcoholic beverages?  How frequently?

UNITED STATES OF AMERICA v. RAYMOND E. SCOTT
Case No.   05-CR-10275-MBB


## II.   MILITARY SERVICE

1. Have you ever served in any branch of the military services, including the reserves?

2. If yes, what branch were you in?

3. What was your highest rank?

4. Where and when did you serve?

5. Did you ever see any combat?

6. Did you receive any special training?

7. What was your job in the military?

8. Did you receive any awards, commendations, or,   medals?

9. Were you ever injured?

10. Have you ever received a disability pension?

11. Have you ever served in the military police?

12. Have you ever had any experience with military trials or military justice?

13. If yes, please state and describe that experience.

14. What was your date and type of discharge?

### III. HEALTH

1. Do you have any physical or emotional problems that may affect your service as a juror?

2. If yes, briefly state the nature of the problem(s).

3. If yes, do you use any medical aids to assist you in correcting the problem?

4. Are you currently under the care of a physician? If yes, what for?

5. Are you currently using any medication?

6. If yes, what is the medication and what are its effects?

7. Do you require regular or frequent medication or medical care and attention?

8. Do you know anyone who has abused alcohol or drugs?

9. If yes, what is their relationship to you?

10. If yes, please state the nature of their problem.

11. If yes, were they treated for abusing alcohol or drugs?

12. Where were they treated?

13. Have you ever abused alcohol or drugs?

14. If yes, have you been treated? Where?

15. How was that experience?

    Would it affect your ability to sit in this case if you were selected as a juror? Explain.

## IV.   LEISURE TIME

1. Do you have any hobbies, interests, or special skills?

2. Do you read the local newspaper(s) regularly? If yes, which ones? and, also how often?

3. What is the first section of the newspaper that you usually read?

4. What other sections of the newspaper do you regularly read?

5. Do you get any other newspapers?  If yes, what are they?

6. Do you regularly watch the local or national news programs on television?  If yes, which programs?

7. Now, I do not know whether this case has been reported in the media.  However, have any of you read or heard anything about this case or any other similar case that might bear upon your serving as a juror?

8. Do you watch television programs involving investigative reporting such as "60 Minutes", "20/20", etc.?

    If yes, what is your reaction to these programs?  Explain.

9. What is/are your favorite television program(s)?

10. What magazines do you read?

11. What kind of books do you read?

12. What was the last book that you read?

13. Generally, how would you say you spend your leisure time?

14. What, if any, bumper stickers are affixed to your car?

15. What type of movies do you enjoy the most?

16. What is your favorite vacation spot?

17. Do you own, or have you ever owned, any guns or firearms?

## V. PRIOR JURY EXPERIENCE

1. Have you ever served as a juror before?

   A. If yes, how many times?
   B. Was it a civil or criminal case?
   C. Was it in State or Federal Court?

2. Did you reach a verdict on any of these cases?

3. Have you ever served as a jury foreman?

4. Would you characterize your experience as a juror as a positive or negative experience? Why?

5. Have you ever served on a grand jury?

   (The court is respectfully requested to explain the difference between a grand jury and a petit jury).

6. Have you ever been a grand jury foreman?

7. Would you characterize your experience as a grand juror as a positive or negative experience? Why?

8. Have you ever testified before a grand jury?

9. Have you ever been a witness, or, participant, in any judicial proceeding, such as a civil case, a matrimonial action, or a criminal case?

   Were you satisfied in the way the matter was handled? If no, kindly explain.

**UNITED STATES OF AMERICA v. RAYMOND E. SCOTT**
**Case No. 05-CR-10275-MBB**

## VI. RELATIONSHIP WITH LAW ENFORCEMENT

1. Have you ever worked as an investigator, or, in the course of your employment have you done any investigative type work?

2. Do you have, or have you had, any personal contact with any law enforcement officers which include city, county, or state police, FBI agents, IRS agents, DEA agents, postal inspectors, or any other person who is involved in enforcing the law?

3. If you had such contact, what is your relationship to that person? Have you discussed their work with them?

4. Do you know any District Attorneys, Assistant District Attorneys, State Attorneys, or, any other type of prosecutor?

    If yes, what is their name and relationship to you? Have you discussed their work with them?

5. Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or anyone involved in criminal defense work?

    If yes, what is their name and relationship to you? Have you discussed their work with them?

6. Do you have any friends or relatives that are law students, attorneys, or law professors?

    If yes, what is his/her name and relationship to you?
    Have you discussed their work or studies with them?

7. Have you ever discussed individual cases or legal issues with any of these people?

    If yes, in general what have you discussed with them?

Or, is there anything from those conversations that has left you with such an impression that it might have some bearing on your participation as a juror in this case?

8. Have you ever been the victim of or a complainant to a crime?

   A. If yes, what was the offense committed against you?
   B. What was the final disposition of the case (i.e. trial, plea, etc.)?
   C. Were you satisfied in the way this case was handled? Kindly explain.

9. Have you, a relative, or a friend, ever received a traffic citation or been a defendant in a criminal case?

   A. If yes, were you satisfied in the way you were treated by law enforcement personnel? Or, the attorneys, for either side? Kindly explain,
   B. If no, why not?

10. Do you have any general opinions concerning the responsibilities or obligations of either prosecutors or defense lawyers, which might affect your ability to fairly decide this case?

    If yes, kindly explain?

11. Have you or any close friend or relative had any claims against any federal, state, or local government agency?

    If yes, please tell us about it.

12. Have any claims been made by any federal, state, or, local government agencies against you or any close relative or friend?

### VII.  TAX RELATED QUESTIONS

1. Do you prepare your own tax return, or, do you have someone else do it?

   If they do their own return,
   Do you use the short form or the long form?

2. Do you know any professional tax return preparer, CPA, or, accountants?  Or, anyone who works with the IRS, or, other taxing authority?

   A. If yes, have you ever discussed their work with them?
   B. Is there anything from your dealings with them that has left a strong impression in your mind concerning the tax laws -- either state or federal?  Kindly explain.
   C. Or, the paperwork that is involved in tax related matters? Kindly explain.

3. Have you, a member of your family, or, a close friend, ever been audited by any agency of the federal or state government?

   A. If yes, how would you describe the experience?
   B. Has that experience left you with any strong impressions that might bear upon your service as a juror in this case?

4. Have you heard anything recently about the IRS, its methods, enforcement, or collection practices in the media?  If yes, kindly explain?

5. Do you have any strong opinions about:

   A. the tax laws;
   B. the Internal Revenue Service; or,
   C. the nature of the charges in this case;

   that might be of concern to you if you were selected as juror in this case?  Kindly explain.

6. Do you believe that there can be circumstances that would excuse or explain why a person did not or could not file a tax return? Kindly explain.

7. Do you believe that a person could fail to file a tax return without intending to break the law? Kindly explain.

8. Do you believe that it is better to file no tax return than to file a tax return that is likely to be inaccurate or otherwise incorrect or incomplete? Kindly explain.

9. Would you believe a government accountant or employee's determination of a taxpayer's income and tax liability is correct solely because that individual works for the government? Kindly explain.

10. Do you believe that government agents or employees are capable of errors in computing or determining a taxpayer's income or tax liability. Kindly explain.

11. Do you believe that all taxpayer failures to file a return and/ or pay their taxes are necessarily crimes? Kindly explain.

## VIII.   FAMILIARITY WITH DEFENDANT, HIS MUSIC, THE SOURCE MAGAZINE, and, HIP-HOP and RAP MUSIC and CULTURE

1. The Defendant in this case is Raymond E. Scott.  Are any of you familiar with him?

2. Mr. Scott is an entertainer and singer who is also known as Benzino.  Have you ever heard of him? Are you familiar with his music?

3. Mr. Scott performs Hip-Hop and Rap music.  Are any of you familiar with that kind of music?

4. Do you have any feelings or impressions concerning that type of music, performers and entertainers in general; and, the Hip Hop or Rap Culture in particular?  Kindly explain.

5. Are any of you familiar with any particular Hip Hop or Rap Stars or musicians other than Mr. Scott?  Kindly explain.

6. I am informed, during the time frame covered by the charges in this case. Mr. Scott was associated with a widely circulated national magazine known as *The Source*.  Have you ever heard of *The Source,* or, seen or read the magazine?  Kindly Explain?

7. Mr. Scott was also involved with, I am informed, a music awards show known as the *The Source Awards.* Have any of you seen or heard of that show?  Kindly explain?

8. A number of celebrities or famous individuals have been in the news lately in connection with alleged tax law violations.  Do you have any thoughts or impressions about celebrities and this type of allegation the Court and parties should know about before you might be seated in this case?  Kindly explain.

9. There may have been some new stories about Mr. Scott and/or this case sometime in the past.  Have you read or remember any such stories. Kindly Explain.  Is there anything about those stories that the court and the parties ought to know about before you might be seated as a juror in this case?

## IX. GENERAL TRIAL QUESTIONS

1. The attorney representing the government is on an equal basis with the attorneys representing the Defendant.

    Would any of you give more merit, credence, or, confidence to what the government attorney says merely because he/she represents the government?

2. It is the duty of the attorney for the government as well as for the Defendant to object to evidence they may deem to be inadmissible and to move to strike any evidence they may deem to be improper. You should not hold against either party such objections or Motions to Strike, or, the number of them.

    Do you think you might hold it against a party because objections to the evidence or Motions to Strike the evidence are made by any of the attorneys? Kindly explain.

3. Sometimes it is necessary for one or more of the attorneys to request a hearing outside the presence of the jury at what we call a "side bar" conference. This is done for the purpose of discussing legal matters –which, are for the court to consider. You should not penalize counsel or their clients for doing so.

    Do you think you might hold it against any party because one of the attorneys may request such a hearing outside the presence of the jury?

4. Though you are the sole judges of the facts, the law to which you must apply those facts is that which is given to you by me, the judge. You must follow the law as it is given to you, even if you disagree with it.

    Can you assure the court and the parties that you will be able to do that? If necessary, kindly explain.

5. The mere bringing of an Indictment against these Defendants is **not** evidence of any Defendant's guilt and is not to be considered by you as such.

   Do each of you understand that?

   Can each of you assure me that you do not secretly harbor a belief, or, "suspicion," the Defendant "must have done something" merely because he has been charged by Indictment in this case? If necessary, kindly explain.

6. The government has the burden of proof in this case, as it does in every criminal case, and will put on its evidence first. The defendant will not have an opportunity to put on any evidence, if he chooses to, until the government closes its evidence.

   For this reason, can you promise me that you will keep an open mind in this case and not come to any conclusion as to the guilt or innocence of the defendant until you have heard all the evidence, the arguments of the attorneys and the instructions on the law from the Court?

7. If there are two reasonable theories or explanations that can be drawn from the evidence, or, lack of evidence, the law requires that you accept the theory or explanation that is consistent with innocence and you must acquit the defendant.

   A. Do any of you have any feelings concerning this principle of law? Explain.
   B. Can you assure me and the defendant you will follow and apply this principle in this case?

8. You all understand, and I so instruct you, a defendant need not prove or disprove anything?

   (It is requested each prospective juror be asked by the Court this question individually).

9. Similarly, a defendant is never required to testify in a criminal case and you may never hold that against a defendant or speculate why he did or did not testify.

    Can you assure me you can accept this principle of law and not consider, **or, even speculate**, why a defendant did or did not elect to testify?

    (It is requested each prospective juror be asked by the Court this question individually.)

10. If, after a fair consideration of all the evidence in this case, you have **a reasonable doubt** of the guilt of the defendant, either arising from the evidence or from the lack of evidence, can you assure me that you will vote to acquit such defendant and find that defendant not guilty?

11. Do any of you feel that a defendant has to prove his innocence?

    (If any prospective juror answers in the affirmative, or seems uncertain, the Court is requested to conduct further inquiry as may be required).

12. If you were sent to the jury room right now, based upon what you have heard thus far, what would your verdict be? Explain.

**UNITED STATES OF AMERICA** v. **RAYMOND E. SCOTT**
**Case No. 05-CR-10275-MBB**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record via CM/ECF this 13th day of February, 2007.

                **/s/ Leonard A. Sands**
                _____
                **LEONARD A. SANDS**, Esquire