## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**United States of America,**

       Plaintiff,

**v.**                              Case No.   05-CR-10275-RWZ

**Raymond E. Scott,**

       Defendant**.**
_____/

### DEFENDANT SCOTT's WITNESS LIST

Defendant **RAYMOND E. SCOTT,** respectfully submits the attached witness list.

1. All witnesses previously listed by the government. In particular the following, in the event the government chooses not to call them:

   a. David Mays
      New York, New York
      (Government's witness # 4)

   b. Charles Tropiano, CPA
      Weiser, LLP
      New York, New York
      (Government witness #11)

2. Alyssa Kapelas  917-439-6288
   New York, New York

> United States v. Raymond E. Scott
> Case No.   05-CR-10275-RWZ

> Respectfully submitted,
>
> **LEONARD A. SANDS,** Esquire
> (Fla. Bar No.: 0257583)
> leonardsands@att.net
> **SANDS & MOSKOWITZ, P.A**
> 3225 Aviation Avenue - Suite 300
> Coconut Grove, Florida  33133
> Tel.(305)285-1500/Fax:(305)285-0699
> Attorneys for Defendant
> >   **RAYMOND E. SCOTT**
>
> **/s/ Leonard A. Sands**
> _____
> **LEONARD A. SANDS**, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF to all counsel of record this 20th day of February, 2007.

> **/s/ Leonard A. Sands**
> _____
> **LEONARD A. SANDS**, Esquire