UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10275-RWZ

UNITED STATES OF AMERICA

v.

RAYMOND E. SCOTT

**VERDICT OF THE JURY**

WE, THE JURY, FIND the defendant, RAYMOND E. SCOTT,

**As to Count One**

_____ Guilty     √ Not Guilty

**As to Count Two**

_____ Guilty     √ Not Guilty

_____     2/28/07

Foreperson's Signature                Date